# ELECTRONIC RECORD

**252-15**

COA #   02-14-00039-CR          OFFENSE:   49.04

STYLE:   Barclay Edward Berdan II v. The State of Texas          COUNTY:   Tarrant

COA DISPOSITION:   AFFIRMED          TRIAL COURT:   County Criminal Court No. 9

DATE: 01/22/15          Publish: NO   TC CASE #:   1327699

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Barclay Edward Berdan II v. The State of Texas          CCA #:   **252-15**

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____Refused_____          JUDGE: _____

DATE: _____05/13/2015_____          SIGNED: _____          PC: _____

JUDGE: _____Per Curiam_____          PUBLISH: _____          DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____